Joseph L. WILLIAMS, Petitioner,

v.

The PEOPLE of the State of
Colorado, Respondent.

No. 96SC284.

Supreme Court of Colorado,
En Banc.

Sept. 16, 1996.

Justice LOHR would grant as to the following issue:

Did the addition of habitual criminal counts upon retrial violate the rule of law established by *North Carolina v. Pearce,* 395 U.S. 711, 89 S.Ct. 2072, 23 L.Ed.2d 656 (1969); *United States v. Goodwin,* 457 U.S. 368, 102 S.Ct. 2485, 73 L.Ed.2d 74 (1982); and *People v. Walters,* 802 P.2d 1155 (Colo. App.1990)?